LISA M. ESTABROOK, SBN 167463
**VITALE & LOWE**
3249 Quality Drive, #200
Rancho Cordova, CA 95670-6098
Tel : 916 / 851-3750
Fax: 916 / 851-3770

Counsel for Defendant
ASBURY SACRAMENTO IMPORTS,
LLC dba MERCEDES BENZ OF
SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. HUNLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ASBURY SACRAMENTO IMPORTS, LLC, a Limited Liability Company dba "Mercedes Benz of Sacramento"; DOES 1 through 100,,<br><br>    Defendants. | Case No.  CV-00758-GEB-GGH<br><br>ORDER GRANTING<br>MOTION TO APPOINT ARBITRATOR<br><br>DATE:  May 4, 2009<br>TIME:   9:00 a.m.<br>COURTROOM:  10 (13th Floor)<br>Hon. Judge Garland E. Burrell, Jr. |

On May 4, 2009, at 9:00 a.m. in Courtroom 10 of the Honorable Garland E. Burrell, Jr., the Motion of Defendant ASBURY SACRAMENTO IMPORTS, LLC dba MERCEDES BENZ OF SACRAMENTO to Appoint Arbitrator came on for hearing.  Lisa M. Estabrook appeared for Defendant.  No appearance was made on behalf of Plaintiff, and Plaintiff did not file an opposition to the motion.

Good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant ASBURY SACRAMENTO IMPORTS, LLC dba MERCEDES BENZ OF SACRAMENTO's Motion to Appoint Arbitrator is hereby GRANTED.  This court appoints Hon. Raymond Williamson (Ret.) as arbitrator to arbitrate through binding arbitration all claims set forth in the Complaint in this action, and any other claims Plaintiff may have against Defendant that arise out of or are connected

ORDER GRANTING MOTION TO APPOINT ARBITRATOR                                          PAGE -1-

to Plaintiff TIMOTHY D. HUNLEY's former employment with Defendant.

DATED: 5/4/09

_____
Garland E. Burrell, Jr.
United States District Judge