IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy D. Hunley, | 2:08-cv-0758-GEB-GGH |
| Plaintiff, | |
| v. | ORDER |
| Asbury Sacramento Imports, LLC, d.b.a. Mercedes Benz of Sacramento, | |
| Defendant. | |

On May 31, 2011, Plaintiff filed a Motion for Appointment of Arbitrator("May 31 Motion") and on June 27, 2011 the parties filed a Stipulation for an appointment of an arbitrator and withdrawal of the May 31 Motion.  However, the parties voluntarily dismissed this action with prejudice on August 6, 2008.  Since, the parties have not shown that the Court has jurisdiction to consider the Motion or the Stipulation in this dismissed action the Motion and Stipulation are stricken.

Dated:  June 30, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1